# FINAL REPORT[1]

## Recommendation 2-2018, Minor Court Rules Committee

*Adoption of Pa.R.C.P.M.D.J. No. 217 and Amendment of Pa.R.C.P.M.D.J. No. 803
and the Official Notes to Pa.R.C.P.M.D.J. Nos. 304, 503, 1205, and 1206*

On June 1, 2018, the Supreme Court of Pennsylvania adopted amendments to the now-titled *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* ("Policy"). *See* Order, No. 496 Judicial Administration Docket. The amendments to the Policy, effective on July 1, 2018, extend the Policy to the magisterial district courts, which were previously covered by a standalone public access policy.[2]

New Pa.R.C.P.M.D.J. No. 217, effective July 1, 2018, identifies the Policy and advises that all filings must comply with the Policy (absent authority to the contrary). Rule 217 specifically identifies Sections 7.0 and 8.0, which address Confidential Information and Documents. New Rule 217 also references the certification of compliance that filers must complete.

The Official Notes to Pa.R.C.P.M.D.J. Nos. 304, 503, 1205, and 1206 are amended effective July 1, 2018 to add a cross-reference to new Rule 217. These rules provide for filings that could include Confidential Information or Documents, as defined in Sections 7.0 and 8.0 of the Policy.

Pa.R.C.P.M.D.J. No. 803 is amended effective November 1, 2018 to provide that when a minor is a party in an action only the minor's initials are to be used in the caption of a complaint. *Compare* Pa.R.C.P. No. 2028.

---

[1] The Committee's Final Report should not be confused with the Official Notes to the Rules. Also, the Supreme Court of Pennsylvania does not adopt the Committee's Official Notes or the contents of the explanatory Final Reports.

[2] The *Public Access Policy of the Unified Judicial System of Pennsylvania: Official Case Records of the Magisterial District Courts* was rescinded, effective July 1, 2018. See Order, No. 496 Judicial Administration Docket.